**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-2227**

In re: KEVIN LEE MYERS, JR.,

  Petitioner.

On Petition for Writ of Mandamus.
(1:19-cv-00865-LCB-LPA; 1:17-cr-00018-LCB-1)

Submitted: April 22, 2021                    Decided: April 26, 2021

Before GREGORY, Chief Judge, AGEE, Circuit Judge, and TRAXLER, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Kevin Lee Myers, Jr., Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Lee Myers, Jr., petitions for a writ of mandamus, alleging that the magistrate judge is prejudiced against him and has unduly delayed in ruling on his 28 U.S.C. § 2255 motion, and he seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the magistrate judge recently took significant action on Myers' motion. Moreover, we find that Myers' unsubstantiated and conclusory claim that the magistrate judge is prejudiced against him fails to establish that he is entitled to the extraordinary remedy of mandamus relief. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*